UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| DANIEL M. CODY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 2:05CV41 JCH |
| MELISSA VETTER, et al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

This matter is before the Court upon Plaintiff's Motion for Appointment of Counsel, filed August 15, 2005.

There is no constitutional or statutory right to appointed counsel in a civil case. <u>Nelson v. Redfield Lithograph Printing</u>, 728 F.2d 1003, 1004 (8th Cir. 1984). In determining whether to appoint counsel, courts consider factors that include whether the plaintiff has presented non-frivolous allegations supporting his prayer for relief, whether the plaintiff will substantially benefit from the appointment of counsel, whether there is a need to further investigate and present the facts related to the plaintiff's allegations, and whether the factual and legal issues presented by the action are complex. <u>See</u> <u>Battle v. Armontrout</u>, 902 F.2d 701, 702 (8th Cir. 1990); <u>Johnson v. Williams</u>, 788 F.2d 1319, 1322-23 (8th Cir. 1986); <u>Nelson</u>, 728 F.2d at 1005.

After considering Plaintiff's Motion for Appointment of Counsel in view of the relevant factors, the Court finds that the facts and legal issues presented in the instant case are not so complex as to warrant the appointment of counsel at this time. In addition, the pleadings filed by Daniel Cody indicate that he is capable of presenting the facts and legal issues without the assistance of counsel. Plaintiff's Motion for Appointment of Counsel will therefore be denied.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Appointment of Counsel (Doc. No. 5) is **DENIED** without prejudice.

Dated this <u>18th</u> day of November, 2005.

                                                                 /s/ Jean C. Hamilton
                                                                 UNITED STATES DISTRICT JUDGE